UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TIMOTHY J. SHENK, SR.,

                      Plaintiff,

   -v-                                     5:19-CV-1287
                                            (DNH/ATB)

STATE UNIVERSITY OF NEW YORK (SUNY)
AT CORTLAND,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

TIMOTHY J. SHENK, SR.,
Plaintiff, Pro Se
P.O. Box 548
3 Walnut Street
Moravia, NY 13118

DAVID N. HURD
United States District Judge

# DECISION and ORDER

Pro se plaintiff Timothy J. Shenk, Sr. brought this civil rights action on October 17, 2019. On November 13, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge advised by Report-Recommendation that plaintiff's Complaint be dismissed in its entirety with prejudice. Plaintiff filed objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's Complaint is DISMISSED IN ITS ENTIRETY WITH PREJUDICE; and

2. The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: January 6, 2020
Utica, New York.